13157

SARTOR *ET AL.* v. FIDELITY & DEPOSIT CO.

(158 S. E., 819)

July, 1930.

394

*Mr. John K. Hamblin,* for appellants,

*Messrs. Hughes & Russell,* for respondent ·Surety,

May 26, 1931.

The opinion of the Court was delivered by MR. JUSTICE COTHRAN.

This Court is entirely satisfied with the decree of his Honor Judge Sease affirming the report of the Probate Judge, and the same is accordingly affirmed.

MR. CHIEF JUSTICE BLEASE, MR. ACTING JUSTICE CARTER, and MR. ACTING ASSOCIATE JUSTICE JOHN I. COSGROVE concur.

MR. JUSTICE STABLER concurs in result.